1  Carol A. Hewitt
   LINDSAY, NAHSTOLL, HART, DUNCAN,
2    DAFOE & KRAUSE
   1331 S. W. Broadway
3  Portland, Oregon  97201
   Telephone:  503-226-1191
4
5          Attorneys for Plaintiffs

6

7

8          IN THE UNITED STATES DISTRICT COURT

9             FOR THE DISTRICT OF OREGON

10  SANDY L. HENDERSON, ANNA MARGARET      )
    WICKER, JANE GRAY, and CARMELLE L.     )
11  HARTIN,                                )
                                           )
12                 Plaintiffs              )    Civil Action No. 74-538
                                           )
13         vs.                             )    COMPLAINT
                                           )
14  THE STATE OF OREGON BY AND THROUGH     )
    THE BUREAU OF LABOR AND THE DIVISION   )
15  OF HIGHER EDUCATION; NORMAN O. NILSEN, )
    COMMISSIONER OF LABOR; DR. ROY         )
16  LIEUALLEN, CHANCELLOR OF HIGHER        )
    EDUCATION; and JOSEPH J. ADAMS,        )
17  HUGH McKINLEY, CHALMERS L. JONES,      )
    ROGER S. MEIER and EDWIN H. ARMSTRONG, )
18  in their capacity as members of the    )
    PUBLIC EMPLOYEES RETIREMENT BOARD.     )
19                                         )
                   Defendants              )
20

21                       I.

22         This is an action for declaratory and injunctive relief

23  under Title VII of the Civil Rights Act of 1964, as amended,

24  (42 USC §2000 e, et seq) and 42 USC §1983.

25                       II.

26         The Court has jurisdiction of this proceeding under

Page  1 - Complaint

LINDSAY, NAHSTOLL, HART, DUNCAN, DAFOE & KRAUSE
ATTORNEYS AT LAW
1331 S.W. BROADWAY
PORTLAND, OREGON 97201
226-1191

U. S. DISTRICT COURT
DISTRICT OF OREGON
FILED

JUL 3  1974

ROBERT M. CHRIST, Clerk
By _____ DEPUTY

1    28 USC § 1343 and 42 USC §2000e.

2                                III.

3         Plaintiffs are female employees of the State of Oregon

4    between the ages of __25__ and __53__ years of age.

5         At all relevant times, Sandy Henderson and Anna

6    Margaret Wicker have been employed by the State of Oregon through

7    the Bureau of Labor and its Commissioner, Norman O. Nilsen, and

8    Jane Gray and Carmelle L. Hartin have been employed by the State

9    of Oregon through the Division of Higher Education and the

10   Chancellor of Higher Education Dr. Roy Lieuallen.

11                                IV.

12        The State of Oregon, the Bureau of Labor, Commissioner

13   Norman O. Nilsen, the Division of Higher Education and Chancellor

14   Roy Lieuallen are all employers within the meaning of 42 USC §2000e.

15                                V.

16        Joseph J. Adams, Hugh McKinley, Chalmers L. Jones,

17   Roger S. Meier and Edwin H. Armstrong have at all relevant times

18   been members of the Public Employees' Retirement System Board

19   of the State of Oregon which is charged by law with administering

20   the Public Employees' Retirement System (hereinafter "Retirement

21   System") as agent of the plaintiffs' employers named above.

22                                VI.

23        The Bureau of Labor and the Division of Higher Education

24   are public employers within the meaning of ORS 237.003 (7) and as

25   such are employer members of the Retirement System.

26        As employer members of the Retirement System, the Bureau

Page  2 - Complaint

LINDSAY, NAHSTOLL, HART, DUNCAN, DAFOE & KRAUSE
ATTORNEYS AT LAW
1313 S.W. BROADWAY
PORTLAND, OREGON 97201
226-1191

2

1  of Labor and the Division of Higher Education have each periodically

2  contributed such sums to the Retirement System fund as are actuarily

3  computed to be such employers' share of the cost of providing

4  retirement benefits to its employees.

VII.

6  As required by ORS 237.011, each plaintiff has at all

7  relevant times been an employee member of the Retirement System.

8  As employee members of the Retirement System, each

9  plaintiff has been required to contribute a certain percentage

10  of her monthly salary to the Retirement System's fund.

VIII.

12  The contributions of employer and employee members of

13  the Retirement System are maintained in a trust fund, and a

14  separate account is maintained for each employee.  At retirement,

15  an employee receives monthly benefits payable from the trust

16  fund.  Such monthly benefits are greater for a male employee

17  than for a female employee who has made the  same contribution

18  to and has the same account balance in the trust fund as the male

19  employee.

IX.

21  This disparity in the payment of retirement benefits

22  between female and male employees constitutes an unlawful

23  employment practice within the meaning of 42 USC §2000e-2, and

24  defendants should be enjoined from continuing the practice.

X.

26  Each of the plaintiff has filed with the Equal Employment

Page   3 - Complaint

LINDSAY, NAHSTOLL, HART, DUNCAN, DAFOE & KRAUSE
ATTORNEYS AT LAW
1331 S.W. BROADWAY
PORTLAND, OREGON 97201
226-1191

3

1    Opportunity Commission (EEOC) a charge of discrimination and has

2    received a "Right-to-Sue" letter from the EEOC authorizing the

3    commencement of a civil action under 42 USC §2000e-5.  A copy

4    of each such charge and letter is attached hereto.

5                                    XI.

6              Plaintiffs are entitled by law to their costs and

7    reasonable attorneys fee.

8              WHEREFORE, plaintiffs pray for relief as follows:

9              1.  For judgment declaring that defendants' practice

10   of paying higher monthly retirement benefits to male employees

11   than to female employees is an unlawful employment practice

12   under Title VII of the Civil Rights Act of 1964, as amended;

13             2.  For injunction against such practice;

14             3.  For costs and attorneys' fees;

15             4.  For such other relief as the court deems proper.

16   Dated this _3_ day of July, 1974.

17                              LINDSAY, NAHSTOLL, HART, DUNCAN,
                                DAFOE & KRAUSE
18

19

20   By _Carol A Hewitt_____
                                Carol A. Hewitt
21                              Of attorneys for plaintiffs.

22

23

24

25

26

Page

   4 - Complaint

LINDSAY, NAHSTOLL, HART, DUNCAN, DAFOE & KRAUSE
ATTORNEYS AT LAW
1331 S.W. BROADWAY
PORTLAND, OREGON 97201
226-1191

4

STATE OF OREGON,

County of ___Multnomah___ }

I, ___Carol A. Hewitt___

being first duly sworn, say that I am the ___attorney for the plaintiffs___

___in the within entitled___ suit

and that the foregoing ___complaint___ ___is true as I verily believe___

NOTARIAL SEAL

*Carol A. Hewitt*

Subscribed and sworn to before me this ___3rd___ day of ___July___, 19 74

*Shirley L. Johansen*

Notary Public for Oregon.

My Commission expires ___6/5/78___

STATE OF OREGON,

County of _____ } ss.

I hereby certify that I have prepared the foregoing copy of_____ and have carefully compared the same with the original thereof; and that it is a correct copy therefrom and of the whole thereof.

That the said_____in my opinion is well founded in law.

Dated_____, 19_____

Attorney_____ for_____

STATE OF OREGON,

County of_____ } ss.

Due service of the within

is hereby accepted in_____County,_____, this_____ day of_____,

19_____, by receiving a copy thereof, duly certified to as such by_____

of Attorneys for_____

Attorney_____ for_____

No._____

In the Court OF THE STATE OF OREGON

FOR_____COUNTY

Plaintiff

vs.

Defendant

LINDSAY, NAHSTOLL, HART, DUNCAN, DAFOE & KRAUSE
THE CARRIAGE HOUSE
1331 S.W. BROADWAY
PORTLAND, OREGON 97201
226-1191

Attorney___ for_____

I hereby certify that I served the foregoing_____on_____ on the _____day of_____, 19_____, by mailing to him a true and correct copy thereof, certified by me as such. I further certify that said copy was placed in a sealed envelope addressed to the said attorney at_____, which is his regular office address, or his address as last given by him on a document which he has filed in the above entitled cause and served on me; said sealed envelope was then deposited in the United States post office at_____, Oregon, on the day last above mentioned, with the postage thereon fully paid.

Attorney for

5

74-538



# UNITED STATES DEPARTMENT OF JUSTICE

### WASHINGTON, D.C.  20530

Address Reply to the
Division Indicated
and Refer to Initials and Number

JSP:HAG:tbg

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

## APR 2 4 1974

AIR MAIL

Ms. Sandy L. Henderson
c/o Carol Ann Hewitt, Esquire
1331 S. W. Broadway
Portland, Oregon  97201

      Re:  EEOC Charge Against State of Oregon
            and Oregon Public Employees Retire-
            ment Board
            TSE 4-1071

Dear Ms. Henderson:

      Because you filed the above charge with the
Equal Employment Opportunity Commission, and the Com-
mission has determined that it will not be able to in-
vestigate and conciliate that charge within 180 days
of the date the Commission assumed jurisdiction over
the charge, and this Department has determined that
it will not file any lawsuit based upon that charge
within that time, and because you through your at-
torney have specifically requested this Notice, you
are hereby notified that you have the right to in-
stitute a civil action under Title VII of the Civil
Rights Act of 1964, as amended, 42 U.S.C. 2000e,
et seq., against the above named respondents.

      If you choose to commence a civil action,
such suit must be filed in the appropriate United
States District Court within 90 days of your re-
ceipt of this Notice.

6

- 2 -

Your attorney may inspect the investigative file pertaining to the case at a time and place convenient to the parties.  That file is located in the EEOC District Office, at 414 Olive Way, 4th Floor, Seattle, Washington  98101.

We request that you send this Department a copy of any complaint initiating suit.

This Notice should not be taken to mean that an agency of the United States has made a judgment as to whether or not your charge is meritorious.

Sincerely,

J. STANLEY POTTINGER
Assistant Attorney General
Civil Rights Division

By:

HERBERT A. GOLDSMITH, JR.
Attorney
Employment Section

cc:  Mr. Robert Jeffrey, Director
     Seattle District Office
     Equal Employment Opportunity
       Commission
     414 Olive Way, 4th Floor
     Seattle, Washington  98101

# CHARGE OF DISCRIMINATION

(If you have a complaint, fill in this form and mail it to the Equal Employment Opportunity Commission's Regional Office in your area. In most cases, a charge must be filed with the EEOC within a specified time after the discriminatory act took place. IT IS THEREFORE IMPORTANT TO FILE YOUR CHARGE AS SOON AS POSSIBLE.

(PLEASE PRINT OR TYPE)

This form is to be used only to file a charge of discrimination based on RACE, COLOR, RELIGION, SEX, or NATIONAL ORIGIN.

Case File No. _____

**1** Your Name (Mr., Mrs., Miss) _Mrs. Sandy L. Henderson_   indicate     Phone Number _244-3007_

Street Address _1893 S.W. Taylors Ferry Rd._

City _Portland_   State _Oregon_   Zip Code _97319_

**2 WAS THE DISCRIMINATION BECAUSE OF:** (Please check one)

Race or Color ☐   Religious Creed ☐   National Origin ☐   Sex ☒

**3** Who discriminated against you? Give the name and address of the employer, labor organization, employment agency and/or apprenticeship committee. If more than one, list all.

Name _State of Oregon_

Street address _State Capitol_

City _Salem_   State _Oregon_   Zip Code _____

AND (other parties if any) _And the Oregon Public Employees Retirement Board, 1133 S.W._
_Market Street, Oregon_

**4** Have you filed this charge with a state or local government agency?   Yes ☒   When _Nov_ _1_ _'73_   No ☐
                                                                                          MONTH   DAY   YEAR

**5** If your charge is against a company or a union, how many employees or members?   Under 25 ☐   Over 25 ☒

**6** The most recent date on which this discrimination took place:   Month _Continuing_   Day _____   Year _____

**7** Explain what unfair thing was done to you. How were other persons treated differently? (Use extra sheet if necessary.)

The State of Oregon and the Oregon Public Employees Retirement Board discriminate against women by using sex-based annuity tables to compute monthly retirement benefits. Under this compulsory system, women and men contribute equally to the fund, but women automatically earn lower benefits per month after retirement from what they have contributed during employment. The Oregon Public Employees Retirement Board also offers a supplementary and voluntary Variable Annuity Program, in which women also earn less simply because they are female. A person's sex is the sole factor on which these disparities are based.

As an employee of the State of Oregon, I charge the State of Oregon and the Oregon Public Employees Retirement Board with sex discrimination, on behalf of myself and others similarly situated.

**8** I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

Date _Nov 1, 1973_   _Sandy L. Henderson_
                         (Sign your name)

Subscribed and sworn to before me this _1st_ day of _November_ 196_73_

_Linda Bergmann_
(Name)

_Notary Public - Com. 10-4-75_
(Title)

If it is difficult for you to get a Notary Public to sign this, sign your own name and mail it to the Regional Office. The Commission will help you to get the form sworn to.

FORM APP.: BUR. OF BUDGET—No. 124–R0001

FORM EEOC–5 (REV. 7–68)



# UNITED STATES DEPARTMENT OF JUSTICE

### WASHINGTON, D.C.  20530

Address Reply to the
Division Indicated
and Refer to Initials and Number

JSP:HAG:tbg

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

## APR 2 4 1974

AIR MAIL

Ms. Carmelle L. Hartin
c/o Carol Ann Hewitt, Esquire
1331 S. W. Broadway
Portland, Oregon  97201

        Re:   EEOC Charge Against State of Oregon
             and Oregon Public Employees Retire-
             ment Board
             TSE 4-1072

Dear Ms. Hartin:

      Because you filed the above charge with the
Equal Employment Opportunity Commission, and the Com-
mission has determined that it will not be able to in-
vestigate and conciliate that charge within 180 days
of the date the Commission assumed jurisdiction over
the charge, and this Department has determined that
it will not file any lawsuit based upon that charge
within that time, and because you through your at-
torney have specifically requested this Notice, you
are hereby notified that you have the right to in-
stitute a civil action under Title VII of the Civil
Rights Act of 1964, as amended, 42 U.S.C. 2000e,
et seq., against the above named respondents.

      If you choose to commence a civil action,
such suit must be filed in the appropriate United
States District Court within 90 days of your re-
ceipt of this Notice.

- 2 -

Your attorney may inspect the investigative file pertaining to the case at a time and place convenient to the parties. That file is located in the EEOC District Office, at 414 Olive Way, 4th Floor, Seattle, Washington 98101.

We request that you send this Department a copy of any complaint initiating suit.

This Notice should not be taken to mean that an agency of the United States has made a judgment as to whether or not your charge is meritorious.

Sincerely,

J. STANLEY POTTINGER
Assistant Attorney General
Civil Rights Division


By: _Herbert A. Goldsmith Jr._
HERBERT A. GOLDSMITH, JR.
Attorney
Employment Section

cc: Mr. Robert Jeffrey, Director
Seattle District Office
Equal Employment Opportunity
Commission
414 Olive Way, 4th Floor
Seattle, Washington 98101

If you have a complaint, fill in this form and mail it to the Equal Employment Opportunity Commission's Regional Office in your area. In most cases, a charge must be filed with the EEOC within a specified time after the discriminatory act took place. IT IS THEREFORE IMPORTANT TO FILE YOUR CHARGE AS SOON AS POSSIBLE.

This form is to be used only to file a charge of discrimination based on RACE, COLOR, RELIGION, SEX, or NATIONAL ORIGIN.

Case File No. _____

(PLEASE PRINT OR TYPE)

**1** Your Name (Mr., Mrs., Miss) indicate    Ms. Carmelle L. Hartin    Phone Number   none

Street Address   B.B. Rt. Box 421

City   Cottage Grove    State   Oregon    Zip Code   97424

**2 WAS THE DISCRIMINATION BECAUSE OF: (Please check one)**

Race or Color ☐    Religious Creed ☐    National Origin ☐    Sex ☒

**3** Who discriminated against you? Give the name and address of the employer, labor organization, employment agency and/or apprenticeship committee. If more than one, list all.

Name   State of Oregon and the Oregon Public Employees Retirement Board

Street address   1400 S.W. 5th Avenue, Room 669

City   Portland    State   Oregon    Zip Code   97201

AND (other parties if any) _____

**4** Have you filed this charge with a state or local government agency?   Yes ☒   When  Oct.   23   1973   No ☐
                                                                                      MONTH   DAY   YEAR

**5** If your charge is against a company or a union, how many employees or members?    Under 25 ☐    Over 25 ☒☒

**6** The most recent date on which this discrimination took place:   Month   Discrimination continuing   Day _____   Year _____

**7** Explain what unfair thing was done to you. How were other persons treated differently? (Use extra sheet if necessary.)

The State of Oregon and the Oregon Public Employees Retirement Board discriminate against women by using sex-based annuity tables to compute monthly retirement benefits. Under this compulsory system, women and men contribute equally to the fund, but women automatically earn lower benefits per month after retirement from what they have contributed during employment. The Oregon Public Employees Retirement System also offers a supplementary and voluntary Variable Annuity Program, in which women also earn less returns simply because they are female. A person's sex is the sole factor on which these disparities are based.

As an employee of the State of Oregon, I charge the State of Oregon and the Oregon Public Employees Retirement Board with sex discrimination on behalf of myself and all other female participants therein.

**8** I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

Date  10/25/73    _(Sign your name)_

Subscribed and sworn to before me this   25th   day of   October   1973

_Marilyn Maughan_
(Name)

NOTARY PUBLIC FOR OREGON
MY COMMISSION EXPIRES 8-13-76

If it is difficult for you to get a Notary Public to sign this, sign your own name and mail it to the Regional Office. The Commission will help you to get the form sworn to.

FORM APP.: BUR. OF BUDGET—No. 124-R0001    FORM EEOC-5 (REV. 7-68)

11



# UNITED STATES DEPARTMENT OF JUSTICE

### WASHINGTON, D.C.   20530

Address Reply to the
Division Indicated
and Refer to Initials and Number

JSP:HAG:tbg

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

## APR 24 1974

AIR MAIL

Ms. Jane Gray
c/o Carol Ann Hewitt, Esquire
1331 S. W. Broadway
Portland, Oregon   97201

      Re:   EEOC Charge Against State of Oregon
           and Oregon Public Employees Retire-
           ment Board
           TSE 4-1070

Dear Ms. Gray:

      Because you filed the above charge with the
Equal Employment Opportunity Commission, and the Com-
mission has determined that it will not be able to in-
vestigate and conciliate that charge within 180 days
of the date the Commission assumed jurisdiction over
the charge, and this Department has determined that
it will not file any lawsuit based upon that charge
within that time, and because you through your at-
torney have specifically requested this Notice, you
are hereby notified that you have the right to in-
stitute a civil action under Title VII of the Civil
Rights Act of 1964, as amended, 42 U.S.C. 2000e,
et seq., against the above named respondents.

      If you choose to commence a civil action,
such suit must be filed in the appropriate United
States District Court within 90 days of your re-
ceipt of this Notice.

- 2 -

Your attorney may inspect the investigative file pertaining to the case at a time and place convenient to the parties. That file is located in the EEOC District Office, at 414 Olive Way, 4th Floor, Seattle, Washington  98101.

We request that you send this Department a copy of any complaint initiating suit.

This Notice should not be taken to mean that an agency of the United States has made a judgment as to whether or not your charge is meritorious.

Sincerely,

J. STANLEY POTTINGER
Assistant Attorney General
Civil Rights Division


By: _Herbert A. Goldsmith Jr._
HERBERT A. GOLDSMITH, JR.
Attorney
Employment Section


cc:  Mr. Robert Jeffrey, Director
Seattle District Office
Equal Employment Opportunity
  Commission
414 Olive Way, 4th Floor
Seattle, Washington  98101

13

# CHARGE OF DISCRIMINATION

( you have a complaint, fill in this f  and mail it to the Equal
Employment Opportunity Commission's    gional Office in your
area. In most cases, a charge must be filed with the EEOC within
a specified time after the discriminatory act took place. IT IS
THEREFORE IMPORTANT TO FILE YOUR CHARGE AS SOON AS
POSSIBLE.

This form is to   used only to file a charge of discrimination based
on RACE, COLOR, RELIGION, SEX, or NATIONAL ORIGIN.

Case File No. _____

**(PLEASE PRINT OR TYPE)**

**1** Your Name (Mr., Mrs., Miss) ___Ms. Jane Gray (Jacobson)___        Phone Number ___none___
indicate

Street Address ___Museum of Natural History, University of Oregon___
City ___Eugene___        State ___Oregon___        Zip Code ___97403___

**2** WAS THE DISCRIMINATION BECAUSE OF: (Please check one)

Race or Color ☐    Religious Creed ☐    National Origin ☐    Sex ☒

**3** Who discriminated against you? Give the name and address of the employer, labor organization, employment agency and/or apprentice-ship committee. If more than one, list all.

Name ___State of Oregon and the Oregon Public Employees Retirement Board___
Street address ___1400 S.W. 5th Avenue, Room 669___
City ___Portland___        State ___Oregon___        Zip Code ___97201___
AND (other parties if any) _____

**4** Have you filed this charge with a state or local government agency?    Yes ☒    When ___Oct.___ ___23___ ___1973___    No ☐
MONTH   DAY   YEAR

**5** If your charge is against a company or a union, how many employees or members?    Under 25 ☐    Over 25 ☒

**6** The most recent date on which this discrimination took place:    Month ___Discrimination continuing___
Day _____ Year _____

**7** Explain what unfair thing was done to you. How were other persons treated differently? (Use extra sheet if necessary.)

The State of Oregon and the Oregon Public Employees Retirement Board dis-
criminate against women by using sex-based annuity tables to compute month-
ly retirement benefits. Under this compulsory system, women and men con-
tribute equally to the fund, but women automatically earn lower benefits
per month after retirement from what they have contributed during employ-
ment. The Oregon Public Employees Retirement System also offers a supple-
mentary and voluntary Variable Annuity Program, in which women also earn
less returns simply because they are female. A person's sex is the sole
factor on which these disparities are based.

As an employee of the State of Oregon, I charge the State of Oregon and the
Oregon Public Employees Retirement Board with sex discrimination on behalf
of myself and all other female participants therein.

**8** I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

Date ___10/25/1973___        ___Jane Grey (Jacobson)___
(Sign your name)

Subscribed and sworn to before me this ___25th___ day of ___October___ 19___73___

___Marilyn Maughan___        NOTARY PUBLIC FOR OREGON
(Name)        MY COMM...... (Title) ........

If it is difficult for you to get a Notary Public to sign this, sign your own name and mail to the Regional Office. The Commission will help you
to get the form sworn to.

FORM APP.: BUR. OF BUDGET—No. 124–R0001

FORM EEOC–5 (REV. 7–68)



**U...TED STATES DEPARTMENT ...F JUSTICE**

WASHINGTON, D.C.  20530

Address Reply to the
Division Indicated
and Refer to Initials and Number

JSP:HAG:tbg

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

## APR 2 4 1974

AIR MAIL

Ms. Anna Margaret Wicker
c/o Carol Ann Hewitt, Esquire
1331 S. W. Broadway
Portland, Oregon  97201

      Re:  EEOC Charge Against State of Oregon
and Oregon Public Employees Retire-
ment Board
TSE 4-1069

Dear Ms. Wicker:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge, and this Department has determined that it will not file any lawsuit based upon that charge within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above named respondents.

If you choose to commence a civil action, such suit must be filed in the appropriate United States District Court within 90 days of your receipt of this Notice.

15

- 2 -

Your attorney may inspect the investigative file pertaining to the case at a time and place convenient to the parties. That file is located in the EEOC District Office, at 414 Olive Way, 4th Floor, Seattle, Washington 98101.

We request that you send this Department a copy of any complaint initiating suit.

This Notice should not be taken to mean that an agency of the United States has made a judgment as to whether or not your charge is meritorious.

Sincerely,

J. STANLEY POTTINGER
Assistant Attorney General
Civil Rights Division


By: *Herbert A. Goldsmith Jr.*
    HERBERT A. GOLDSMITH, JR.
        Attorney
    Employment Section


cc:  Mr. Robert Jeffrey, Director
     Seattle District Office
     Equal Employment Opportunity
       Commission
     414 Olive Way, 4th Floor
     Seattle, Washington 98101

**CHARGE OF DISCRIMINATION**

If you have a complaint, fill in this form and mail to the Equal Employment Opportunity Commission's Regional Office in your area. In most cases, a charge must be filed with the EEOC within a specified time after the discriminatory act took place. IT IS THEREFORE IMPORTANT TO FILE YOUR CHARGE AS SOON AS POSSIBLE.

This form is to be used only to file a charge of discrimination based on RACE, COLOR, RELIGION, SEX, or NATIONAL ORIGIN.

Case File No. _____

(PLEASE PRINT OR TYPE)

**1** Your Name (Mr., Mrs., Miss) _Anna Margaret Wicker_   Phone Number _229-5741_

Street Address _4422 N.E. 82nd Ave_

City _Portland_   State _Oregon_   Zip Code _97220_

**2 WAS THE DISCRIMINATION BECAUSE OF: (Please check one)**

Race or Color ☐   Religious Creed ☐   National Origin ☐   Sex ☒

**3** Who discriminated against you? Give the name and address of the employer, labor organization, employment agency and/or apprenticeship committee. If more than one, list all.

Name _State of Oregon_

Street address _____

City _____ State _____ Zip Code _____

AND (other parties if any) _Oregon Public Employees Retirement Board_

**4** Have you filed this charge with a state or local government agency?   Yes ☒   When _Nov._ MONTH _1_ DAY _73_ YEAR   No ☐

**5** If your charge is against a company or a union, how many employees or members?   Under 25 ☐   Over 25 ☐

**6** The most recent date on which this discrimination took place:   Month _Every Pay_ Day _Period_ Year _1973_

**7** Explain what unfair thing was done to you. How were other persons treated differently? (Use extra sheet if necessary.)

The Oregon State Employees Retirement System discriminates against women by using sex based annuity tables to compute monthly retirement benefits. Under this compulsory system, women and men contribute equally to the fund, but women automatically earn lower benefits per month after retirement than what they have contributed during employment. The Oregon Public Employees Retirement System also offers supplementary and voluntary variable annuity programs in which women also earn less returns simply because they are female. A person's sex is the sole factor on which these disparities are based.

For the above reasons I charge the State of Oregon and Oregon Public Employees Retirement Board with sex discrimination on behalf of myself and all other female participants therein.

**8** I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

Date _Nov. 1 1973_   _Anna Margaret Wicker_
(Sign your name)

Subscribed and sworn to before me this _1st_ day of _November_ 19 _73_

_Linda Brewster_ (Name)   _Notary - 10-4-75_ (Title)

If it is difficult for you to get a Notary Public to sign this, sign your own name and mail to the Regional Office. The Commission will help you to get the form sworn to.

FORM APP.: BUR. OF BUDGET—No. 124-R0001   FORM EEOC-5 (REV. 7-68)